RECEIVED BY MAIL

OCT 01 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Starett G. Gosby**

Plaintiff(s),

vs.

Case No. __24-cv-3790 (LMP/TNL)__
(To be assigned by Clerk of District Court)

**Wings Financial Credit Union**

DEMAND FOR JURY TRIAL

YES ☒    NO ☑

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

| | |
|---|---|
| Name | **Starett G. Gosby** |
| Street Address | **5447 Winslow Xing N** |
| County, City | **Dekalb, Lithonia** |
| State & Zip Code | **Lithonia, GA 30038** |
| Telephone Number | **(301) 919-1919** |

SCANNED
OCT 01 2024
U.S. DISTRICT COURT MPLS

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a.  Defendant No. 1

| | |
|---|---|
| Name | **Wings Financial Credit Union** |
| Street Address | **14985 Glazier Avenue** |
| County, City | **Apple Valley, MN** |
| State & Zip Code | **Apple Valley, MN 55124** |

    b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

    c.  Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:**☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question        ☑ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   **Article III 4th Amendment, the due process clause of the Consistution's Fifth Admendment**

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:   **Starett Gosby**        State of Citizenship: **Georiga**

   Defendant No. 1: **Wings Financial CU**        State of Citizenship: **Minnesota**

   Defendant No. 2:        State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota  ☑ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

   **I made a purchase in the amount of $3,000 to Washington Surplus with my Wings Financial CU visa/debit card. Specifically,  "all" the designer  items "shoes" I purchased were counterfeit.  I have contacted the credit union numerous times to attempt resolve this matter, all requests went ignored and denied.**

**I filed three disputes to request a charge back for the sevices and misrepresented items.**

**On , August 14, 2023 I wrote the CEO R. Frank Weidner to address the discriminatory practices administered by Wings Financial CU.**

**In addition, Wings Federal Credit Union failed to honor the "charge back" Federal law that requires card issuers to offer charge backs within 60 days of the date of billing.**

**This is in violation of the Fair Credit Billing Act of 1974 charge backs strictily limit customer liability in the case of fraud  and allows card holders to fight back against deceptive merchants.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ✔
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**I am requesting the charge back of $3,000 and 100,000 for monetary compensation for discrimination.**

Signed this **31st**  ▾ day of **July,**  ▾ ___ ▾

Signature of Plaintiff _____

Mailing Address     **5447 Winslow Xing N.**
**Lithonia, GA 30038**

Telephone Number     **(301) 919-1919**

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.